

IN THE
TENTH COURT OF APPEALS

No. 10-15-00406-CR

DAMON NATHANIEL MILLER,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 66th District Court
Hill County, Texas
Trial Court No. 37967

MEMORANDUM OPINION

Damon Nathaniel Miller appeals the trial court's judgment of conviction signed on August 7, 2015. Because the trial court's certificate of right of appeal that Miller signed indicates that the underlying criminal case was a plea bargain case and Miller has no right to appeal, this appeal is dismissed.[1] *See* TEX. R. APP. P. 25.2(d) ("The appeal

---

[1] A motion for rehearing may be filed within 15 days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days

must be dismissed if a certification that shows the defendant has the right of appeal has

not been made part of the record under these rules.").


TOM GRAY<br>
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 3, 2015
Do not publish
[CR25]



---

after either the day this Court's judgment was rendered or the day the last timely motion for rehearing was overruled by this Court. *See* TEX. R. APP. P. 68.2(a).